# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BARBARA MONTGOMERY

VERSUS

HARTFORD CASUALTY INSURANCE
COMPANY, PROVIDENT REALTY
ADVISORS, CF REAL ESTATE
SERVICES, LLC, DEVON FURMAN
AND JEANETTE "DOE"

NO.   2023 CW 0735

**MARCH 18, 2024**

---

In Re:    Barbara  Montgomery,  applying  for  rehearing,  22nd
          Judicial District Court, Parish of St. Tammany, No.
          202010955.

---

**BEFORE:    McCLENDON, HESTER AND MILLER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

                          PMc
                          CHH
                          SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT